**Order entered October 7, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00789-CV**

## IN THE INTEREST OF A.O. AND C.O., CHILDREN

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 101811CC**

## ORDER

Before the Court is appellant's October 5, 2021 motion for a thirty-day extension of time to file her brief. Because this is an accelerated appeal in a parental termination case, we **GRANT** the motion to the extent we **ORDER** the brief be filed no later than October 26, 2021.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE